*Military Academy Realty Co.* (*ante*, p. 426), decided herewith. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Cornelia Whitson and Alizina Tynan, Impleaded with Addie M. F. Patrick, Appellant, v. Viola B. Wicks and Others, Respondents.— Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Jennie Caulfield, Respondent, v. John Oscar Ball, as Trustee under the Last Will and Testament of Mary Caulfield, Deceased, Appellant, Impleaded with John A. Caulfield, Defendant.— Judgment modified by striking therefrom the provision with regard to the payment of arrears of alimony, counsel fee and costs, and the provision directing the issue of execution, and as so modified the judgment is affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The City of New York, Respondent, v. Benjamin Blum, Appellant.— Judgment modified by providing that the expense of cleaning the pond and of the construction of the filter beds be payable by the plaintiff, instead of by the defendant, and as so modified affirmed, upon the opinion of Mr. Justice Jaycox at Special Term (reported in 72 Misc. Rep. 243), with costs to the appellant. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Margaret Clancy, Appellant, v. Amos L. Prescott and Others, Copartners, Doing Business under the Firm Name and Style of J. L. Prescott and Company, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Frances Miller Collier, Plaintiff, v. August Weidlich and Others, Defendants. Surplus Proceedings: Jennie Teplitz, Appellant, v. Charles Wenz, Incorporated, Respondent. (Appeal No. 2.) — Order of the County Court of Kings county affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Frances Miller Collier, Plaintiff, v. August Weidlich and Others, Defendants. Surplus Proceedings: Jennie Teplitz, Appellant, v. Charles Wenz, Incorporated, Respondent. (Appeal No. 3.) — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Commissioner of Public Charities of the City of New York, on Complaint of Irene Plunkett, Respondent, v. Joseph A. Walsh, Appellant. — Judgment of the Court of Special Sessions reversed and proceeding dismissed, on the ground that the determination was contrary to the weight of credible evidence. Jenks, P. J., Woodward and Rich, JJ., concurred; Thomas, J., dissented; Carr, J., not voting.

William R. Dieckmann, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Robert Ewen, Appellant, v Thompson-Starrett Company and Others,